NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.A.D.,                                           )
                                                  )
              Appellant,                          )
                                                  )
v.                                                )        Case No.  2D19-58
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
              Appellee.                           )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for
Pinellas County; James V. Pierce,
Judge.

Howard L. Dimmig, II, Public
Defender, and Clark E. Green,
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


              Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.